Opinion issued October 11, 2012



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-07-00755-CV**

———————————

**TIMMONS PARTNERS, LTD., AS THE PROPERTY OWNERS, AND THE PROPERTY OWNERS, Appellants**

**V.**

**THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-35689**

---

**MEMORANDUM OPINION**

Appellants have filed a motion to dismiss the appeal. The motion states that appellee is unopposed. No opinion has issued. Accordingly, we grant the motion

and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.